UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 11-10268-PBS ) |
| PATRICK PLEBANIAK, | ) ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT PATRICK PLEBANIAK

Having considered Plaintiff's application for default judgment against Defendant Patrick Plebaniak, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court hereby FINDS that the Defendant Plebaniak is in default, Plaintiff has shown liability against Defendant Plebaniak for the willful infringement of Plaintiff's copyrights, and Plaintiff has provided a sufficient basis for the Court to award damages. Accordingly, it is hereby ORDERED that judgment shall be entered against Defendant Patrick Plebaniak for damages in the amount of $30,000 and costs and attorneys' fees in the amount of $1,595.00.

Dated: 6/9/2011

Patti B. Saris
Hon. Patti B. Saris
United States District Judge

(w/ment opposite w)

1