**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
                                    )
ACHTE/NEUNTE BOLL KINO              )
BETEILIGUNGS GMBH & CO KG,          )
                                    )
            Plaintiff,              )
                                    ) Civil Action No. 11-10268-PBS
        v.                          )
                                    )
PATRICK PLEBANIAK,                  )
                                    )
            Defendant.              )
                                    )
```

March 29, 2013

Saris, U.S.D.J.

    Defendant Patrick Plebaniak moves the Court pursuant to Rule 60(b) to set aside its default judgment. The Court adopts the report and recommendation of Magistrate Judge Boal without objection and **DENIES** Defendant's motion for relief from default judgment (Docket No. 20).

                                              /s/ PATTI B. SARIS
                                              PATTI B. SARIS
                                              Chief United States District Judge